# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GARY MITCHELL,<br><br>   Plaintiff,<br><br>   v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION LLC,<br><br>   Defendants. | CASE NO. 1:24-cv-03506-SCJ-CCB |

## ORDER

Having reviewed the Consent Motion for Extension of Time for Defendant Experian Information Solutions Inc., to Answer or Otherwise Respond to Plaintiff's Complaint, and good cause appearing, it is hereby **ORDERED AND ADJUDGED** that the Consent Motion for Extension of Time for Defendant Experian Information Solutions, Inc., to Answer or Otherwise Respond to Plaintiff's Complaint be granted, and that Defendant Experian Information Solutions, Inc., shall have up to and including September 17, 2024 to respond to Plaintiff's Complaint.

IT IS SO ORDERED this 28th day of August, 2024.

_____
Christopher C. Bly
United States Magistrate Judge