UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GARY MITCHELL,

  Plaintiff,

vs.

CASE NO.: 1:24-cv-03506-SCJ-CCB

EXPERIAN INFORMATION
SOLUTIONS INC. and
TRANS UNION LLC;

  Defendants.
_____/

DEFENDANT TRANS UNION LLC'S
CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 3.3, Trans Union LLC ("Trans Union") hereby sets forth the following:

1. The undersigned Counsel of Record for a party to this action certifies that the following is a full and complete list of all parties in this action, including, pursuant to FED. R. CIV. P. 7.1, any parent corporation and publicly held corporation that owns 10% or more of stock in Trans Union:

- Gary Mitchell, Plaintiff

- Experian Information Solutions Inc., Defendant

- Trans Union LLC, Defendant

1

7496199.1

- TransUnion Intermediate Holdings, Inc.
- TransUnion

2.  The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc.  TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion.  TransUnion is a publicly traded entity.  Investment funds affiliated with T. Rowe Price Group, Inc., a publicly-traded entity, own more than 10% of TransUnion's stock.  No public company directly owns 10% or more of the ownership in Trans Union LLC.

3.  The undersigned further certifies that the following is a full and complete list of all persons serving as a lawyer in this proceeding:

| | |
|---|---|
| Gary Mitchell | Paul W. Sheldon |
| 1647 Watersprings Way | psheldon@qslwm.com |
| Dacula, GA 30019 | Georgia Bar No. 947098 |
| (404) 918-4257 | Quilling, Selander, Lownds, |
| ***Pro Se Plaintiff*** | Winslett & Moser, P.C. |

7496199.1

| | |
|---|---|
| Samuel David Lack<br>samuel.lack@troutman.com<br>Troutman Pepper Hamilton Sanders LLP<br>600 Peachtree Street, NE, Suite 3000<br>Atlanta, GA 30308<br>(404) 885-2548<br>***Counsel for Experian Information Solutions Inc.*** | 6900 North Dallas Parkway, Suite 800<br>Plano, TX 75024<br>(214) 560-5453<br>(214) 871-2111 Fax<br>***Counsel for Trans Union LLC*** |

                                       Respectfully submitted,

                                       */s/ Paul W. Sheldon*
                                       Paul W. Sheldon
                                       psheldon@qslwm.com
                                       Georgia Bar No. 947098
                                       Quilling, Selander, Lownds,
                                       Winslett & Moser, P.C.
                                       6900 North Dallas Parkway, Suite 800
                                       Plano, TX 75024
                                       (214) 560-5453
                                       (214) 871-2111 Fax
                                       ***Counsel for Trans Union LLC***

7496199.1

## **LOCAL RULE 5.1 CERTIFICATION**

I hereby certify that TRANS UNION LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT has been prepared in Times New Roman 14-point font in accordance with Local Rule 5.1.

*/s/ Paul W. Sheldon*
**PAUL W. SHELDON**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of September, 2024, the foregoing document was filed via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

I FUTHER CERTIFY that I have mailed by United States Postal Service the above and foregoing document to pro se Plaintiff.

*/s/ Paul W. Sheldon*
**PAUL W. SHELDON**