UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GARY MITCHELL,

  Plaintiff,

vs.

EXPERIAN INFORMATION
SOLUTIONS INC. and
TRANS UNION LLC,

  Defendants.
_____/

CASE NO.: 1:24-cv-03506-SCJ-CCB

**ORDER GRANTING DEFENDANT TRANS UNION
LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO
ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

This matter is before the Court on Defendant Trans Union LLC's ("Trans Union") Unopposed Motion for Extension of Time to File its Answer or Otherwise Respond to Plaintiff's Complaint. (Doc. 7).

The Court has considered Trans Union's Motion and finds that said Motion should be granted. Accordingly, it is hereby, ORDERED that Trans Union's Motion is GRANTED. Trans Union shall file its responsive pleading to Plaintiff's Complaint no later than September 20, 2024.

**IT IS SO ORDERED**, this 9th day of September, 2024.

_____
CHRISTOPHER C. BLY
UNITED STATES MAGISTRATE JUDGE