UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GARY MITCHELL,

  Plaintiff,

vs.

CASE NO.: 1:24-cv-03506-SCJ-CCB

EXPERIAN INFORMATION
SOLUTIONS INC. and
TRANS UNION LLC;

  Defendants.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, Paul L. Myers of the law firm of Quilling, Selander, Lownds, Winslett & Moser, P.C., hereby enters his appearance on behalf of Defendant Trans Union LLC in connection with this lawsuit. The undersigned certifies that he is admitted to practice in this Court.

    Respectfully submitted,

    */s/ Paul L. Myers*
    Paul L. Myers
    pmyers@qslwm.com
    Georgia Bar No. 767391
    Quilling, Selander, Lownds,
    Winslett & Moser, P.C.
    6900 North Dallas Parkway, Suite 800
    Plano, TX 75024
    (214) 560-5452
    (214) 871-2111 Fax
    **Counsel for Trans Union LLC**

1

## LOCAL RULE 5. 1 CERTIFICATION

I hereby certify that this NOTICE OF APPEARANCE has been prepared in Times New Roman 14-point font in accordance with Local Rule 5.1.

*/s/ Paul L. Myers*
**PAUL L. MYERS**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of November 2024, the foregoing document was filed via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

I FURTHER CERTIFY that I have mailed by United States Postal Service the above and foregoing document to pro se Plaintiff.

*/s/ Paul L. Myers*
**PAUL L. MYERS**

7654974.1