**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

GARY MITCHELL,

  Plaintiff,

                             CASE NO.: 1:24-cv-03506-SCJ-CCB

vs.

EXPERIAN INFORMATION
SOLUTIONS INC. and
TRANS UNION LLC;

  Defendants.
_____/

**DEFENDANT TRANS UNION LLC'S NOTICE OF SERVICE**
**OF FIRST SUPPLEMENTAL RULE 26(a)(1) INITIAL DISCLOSURES**

COMES NOW, Defendant Trans Union LLC, by and through its undersigned counsel of record, and pursuant to Local Rules 5.4 and 26.3, hereby gives notice to the court that Defendant Trans Union LLC's First Supplemental Rule 26(a)(1) Initial Disclosures were served via United States Postal Service and/or email to all counsel of record on the 12th day of December 2024.

1

7707303.1

2

Respectfully submitted,

*/s/ Paul L. Myers*

Paul L. Myers
pmyers@qslwm.com
Georgia Bar No. 767391
Quilling, Selander, Lownds,
Winslett & Moser, P.C.
6900 North Dallas Parkway, Suite 800
Plano, TX 75024
(214) 560-5452
(214) 871-2111 Fax
***Counsel for Trans Union LLC***

2

## LOCAL RULE 5. 1 CERTIFICATION

I hereby certify TRANS UNION LLC'S NOTICE OF SERVICE OF FIRST SUPPLEMENTAL RULE 26(a)(1) INITIAL DISCLOSURES has been prepared in Times New Roman 14-point font in accordance with Local Rule 5.1.

*/s/ Paul L. Myers*
**PAUL L. MYERS**

3

7707303.1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 12th day of December 2024, the foregoing document was filed via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

I FUTHER CERTIFY that I have mailed by United States Postal Service the above and foregoing document to pro se Plaintiff.


/s/ Paul L. Myers
**PAUL L. MYERS**

4

7707303.1