# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

FLORA C. CHANNELS,

    Plaintiff,

v.

NELNET INC., EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS LLC, and TRANS UNION LLC,

    Defendants.

Case No.: 1:24-cv-03506-SCJ-CCB

## NOTICE OF ATTORNEY APPEARANCE

PLEASE TAKE NOTICE that, Paul L. Myers of the law firm of Quilling, Selander, Lownds, Winslett & Moser, P.C., hereby enters his appearance on behalf of Defendant Trans Union LLC in connection with this lawsuit. The undersigned certifies that he is admitted to practice in this Court.

    Respectfully submitted,

*/s/ Paul L. Myers*
Paul L. Myers
pmyers@qslwm.com
Georgia Bar No. 767391
QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
(214) 560-5452
(214) 871-2111 Fax
**Counsel for Trans Union LLC**

1

## LOCAL RULE 5. 1 CERTIFICATION

I hereby certify that this NOTICE OF ATTORNEY APPEARANCE has been prepared in Times New Roman 14-point font in accordance with Local Rule 5.1.

*/s/ Paul L. Myers*
**PAUL L. MYERS**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of January 2025, the foregoing document was filed via the Court's CM/ECF system which sent electronic notice to all parties of record as follows:

| | |
|---|---|
| Jeffrey A. Wilson<br>jeff@lawbyjw.com<br>Law By JW, LLC<br>1590 Jonesboro Road SE, #6839<br>Atlanta, GA 30315<br>(832) 422-6362<br>***Counsel for Plaintiff*** | Daniel J. Huff<br>dhuff@huffpowellbailey.com<br>Huff, Powell & Bailey, LLC<br>999 Peachtree St., N.E. Suite 950<br>Atlanta, GA 30309<br>(404) 892-4022<br>***Counsel for Nelnet Inc.*** |

N. Charles Campbell
charles.campbell@equifax.com
Legal Counsel - Litigation
Equifax Legal Department
1550 Peachtree Street
Atlanta, GA 30309
(404) 885-8066
***Counsel for Equifax***
***Information Services, LLC***

*/s/ Paul L. Myers*
**PAUL L. MYERS**

7769943.1