IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GARY MITCHELL,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION LLC,<br><br>    Defendants. | CASE NO. 1:24-cv-03506-SCJ-CCB |

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2025, I served *Defendant Experian Information Solutions, Inc.'s First Requests for Production of Documents to Plaintiff*, *Defendant Experian Information Solutions, Inc.'s First Requests for Admission to Plaintiff,* and *Defendant Experian Information Solutions, Inc.'s First Interrogatories to Plaintiff* to the following parties and counsel of record via email:

Gary Mitchell
1647 Watersprings Way
Dacula, GA 30019
gmitchnewinfo@gmail.com

*Pro se plaintiff*

Paul L Myers
Paul W Sheldon
**Quilling, Selander, Lownds, Winslett & Moser P.C.**
6900 N. Dallas Parkway, Suite 800
Plano, TX 75024
214-560-5452
Fax: 214-871-2111
Email: pmyers@qslwm.com
Email: psheldon@qslwm.com

*Attorneys for Trans Union LLC*

Dated: January 9, 2025                   TROUTMAN PEPPER LOCKE LLP

<u>/s/ *Samuel D. Lack*</u>
Samuel D. Lack
Georgia Bar No. 749769
600 Peachtree Street, N.E., Suite 3000
Atlanta, Georgia 30308
404.885.2548
samuel.lack@troutman.com

*Attorney for Defendant Experian Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2025, a true and correct copy of the foregoing was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's CM/ECF system. I hereby certify that I sent a copy of the foregoing document via U.S. First Class Mail to Plaintiff at:

**Gary Mitchell**
**1647 Watersprings Way**
**Dacula, GA 30019**

*/s/ Samuel D. Lack*
Samuel D. Lack
Georgia Bar No. 749769

*Attorney for Defendant Experian Information Solutions, Inc.*